THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MANI DABIRI
California Bar Number: 241696
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5862
    Facsimile: (213) 894-0141
    Email: Mani.Dabiri@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YADIRA BARRON-VALENZUELA and VICTOR BARON-VALENZUELA, <br><br> Defendants. | No. 08-2023M <br><br> [PROPOSED] ORDER FOR DESIGNATING AND DETAINING MATERIAL WITNESS WITH $5,000 APPEARANCE BOND SECURED BY THIRD PARTY AFFIDAVIT OF SURETY WITHOUT JUSTIFICATION |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following person is hereby declared to be a material witness in the above-captioned case:

1. Isaac Mata-Esparza

IT IS HEREBY FURTHER ORDERED that the aforementioned material witness shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative, released under the following conditions to assure his presence at trial:

(1)  the furnishing of a $5,000 appearance bond secured by a
third-party affidavit of surety without justification (with
approval of the surety by Pretrial Services); and
                (2)  Pretrial Services' supervision.

DATED: 8/5/08

*[signature]*
HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE


Presented by:

*[signature]*
MANI DABIRI
Assistant United States Attorney