O

FILED
CLERK, U.S. DISTRICT COURT
AUG 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Yadira Barron-Valenzuela,<br><br>Defendant. | Case No.: CR 08-1027-GW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. of California for alleged violation(s) of the terms and conditions of his/(her) [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓)  The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on possible undocumented alien status, use of

numerous aliases, no bail resources known,

and/or

B. (✓) The defendant has not met his/**her** burden of establishing by clear and convincing evidence that he/**she** is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: serious, violent nature of the recent conviction, inability to comply on release, continued engagement in conduct of conviction

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 8/29/14

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE